IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MAURICE FASSETT,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL M. NELSON, et al.,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>2:21-cv-00085-RJS-CMR<br><br>Chief District Judge Robert J. Shelby<br>Magistrate Judge Cecilia M. Romero |

On August 9, 2021, the court dismissed Fassett's Complaint without prejudice.[1] In the same Order, the court informed Fassett he could file an Amended Complaint no later than Friday, August 27, 2021, or else the case would be closed.[2] Receiving no Amended Complaint, the court closed the case on November 1, 2021.[3] Accordingly, judgment is entered in favor of Defendants.

SO ORDERED this 1st day of November, 2021.

BY THE COURT:

_____
ROBERT J. SHELBY
Chief United States District Judge

---

[1] Dkt. 12.

[2] *See id.* at 3–4.

[3] Dkt. 13.

1